**Electronically Filed
Supreme Court
SCWC-18-0000506
22-DEC-2021
07:52 AM
Dkt. 4 ODAC**

SCWC-18-0000506

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

ANDREW HINESLEY,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000506; CASE NO. 1CPC170001383)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellee's Application for Writ

of Certiorari filed on November 11, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

